DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDY HEIMLER,**
Appellant,

v.

**LEONARD KRENEK** and **DELAYNE KRENEK,**
Appellees.

No. 4D16-2184

[October 19, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312010CA010969.

Neil B. Solomon of McLaughlin & Stern, LLP, West Palm Beach, for appellant.

Lyman H. Reynolds, Jr., and George P. Roberts, Jr., of Roberts Reynolds Bedard & Tuzzio, PLLC, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***